PROB 12A
(7/93)

# United States District Court
## for
## District of New Jersey
## Report on Offender Under Supervision

Name of Offender: Travis Jordon  Cr.: 05-00119-001
PACTS #: 44374

Name of Sentencing Judicial Officer: The Honorable Faith S. Hochberg

Date of Original Sentence: 11/09/06

Original Offense: Possession of a Firearm by a Convicted Felon

Original Sentence: 72 months imprisonment, three-year-term of supervised release, drug testing and treatment; DNA testing; alcohol treatment; financial disclosure; and employment restrictions.

Type of Supervision: Supervised Release          Date Supervision Commenced: 02/10/11

## NONCOMPLIANCE SUMMARY

The offender has not complied with the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
| --- | --- |
| 1 | The offender tested positive for cocaine on April 30, 2011. |

U.S. Probation Officer Action:

Jordon was placed in a random urine monitoring program, and referred for individual and group counseling at Integrity. He is actively participating in treatment. If the offender relapses again, we will refer him for intensive out-patient treatment. Your Honor will be apprised of any additional noncompliance.

Respectfully submitted,

By: Kellyanne Kelly
Senior U.S. Probation Officer
Date: 06/28/11

*The Court's endorsement fo this petition will serve as an official written reprimand to the offender, unless the Court directs that additional action be taken as follows:*

[ ] Submit a Request for Modifying the Conditions or Term of Supervision
[ ] Submit a Request for Warrant or Summons
[ ] Other

Signature of Judicial Officer

7/5/2011
Date